David A. Gill, Trustee (State Bar No. 032145)
TrusteeECF@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402
Telephone: (310) 201-2407
Facsimile: (310) 277-5735

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| AEHCC, LLC a COLORADO LIMITED COMPANY | § § § § | Case No. 2:13-bk-37442-WB |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David A. Gill (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 6,710,000.00                     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00             Claims Discharged
                                                    Without Payment: NA

Total Expenses of Administration: 30,000.00

---

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 903,543.74 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,123.51 | 37,123.51 | 30,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 2,117.34 | 2,117.34 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,525.33 | 2,525.33 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,265,014.94 | 2,275,238.16 | 2,275,238.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,168,558.68 | $ 2,317,004.34 | $ 2,317,004.34 | $ 30,000.00 |

4) This case was originally filed under chapter 11 on 11/14/2013 , and it was converted to chapter 7 on 11/06/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2017    By:/s/David A. Gill (TR), TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim in Bankruptcy Estate of Edward and Helen Ahn 2:13-bk-1 | 1249-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Desert Valley Financial, LLC c/o Minh Ho 368 W. Pike Street, Suite 104 Lawrenceville, GA 30046 | | 903,543.74 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Desert Valley Financial, LLC c/o Mitchell & Shapiro LLP One Securities Centre 3490 Piedmont Rd., Suite 650 Atlanta, GA 30305 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 903,543.74** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID A. GILL | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,003.02 |
| DAVID A. GILL | 2200-000 | NA | 33.09 | 33.09 | 26.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 18.58 | 18.58 | 18.58 |
| Union Bank | 2600-000 | NA | 455.31 | 455.31 | 455.31 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 888.00 | 888.00 | 888.00 |
| Peter C. Anderson | 2950-000 | NA | 326.69 | 326.69 | 261.62 |
| Franchise Tax Board | 2990-000 | NA | 904.50 | 904.50 | 724.33 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3110-000 | NA | 27,561.50 | 27,561.50 | 22,071.41 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3120-000 | NA | 699.24 | 699.24 | 559.95 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MENCHACA & COMPANY LLP | 3410-000 | NA | 2,477.00 | 2,477.00 | 1,983.59 |
| MENCHACA & COMPANY LLP | 3420-000 | NA | 9.60 | 9.60 | 7.69 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,123.51 | $ 37,123.51 | $ 30,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Franchise Tax Board | 6990-000 | NA | 2,117.34 | 2,117.34 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 2,117.34 | $ 2,117.34 | $ 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franchise Tax Board | 5800-000 | NA | 2,525.33 | 2,525.33 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,525.33 | $ 2,525.33 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Office of the United States Trustee 725 S. Figueroa Street, 26h Floor Los Angeles, CA 90017 |  | 650.00 | NA | NA | 0.00 |
| 3 | First Intercontinental Bank | 7100-000 | 2,264,364.94 | 2,266,534.39 | 2,266,534.39 | 0.00 |
| 2A | Franchise Tax Board | 7100-000 | NA | 6,392.03 | 6,392.03 | 0.00 |
| 1 | Internal Revenue Service | 7100-000 | NA | 700.00 | 700.00 | 0.00 |
| 2B | Franchise Tax Board | 7300-000 | NA | 1,611.74 | 1,611.74 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 2,265,014.94 | $ 2,275,238.16 | $ 2,275,238.16 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-37442 | WB | Judge: | Julia W. Brand | | Trustee Name: | David A. Gill (TR), TRUSTEE |
| Case Name: | AEHCC, LLC a COLORADO LIMITED COMPANY | | | | | Date Filed (f) or Converted (c): | 11/06/2015 (c) |
| | | | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 10/17/2017 | | | | | Claims Bar Date: | 03/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Litigation Claim By Debtor And Edward Ahn And Helen Ahn Agai<br><br>Litigation claim by Debtor and Edward Ahn and Helen Ahn against real estate broker for breach of contract and breach of fiduciary duty regarding purchase of former Comfort Inn in Lafayette, LA (foreclosed).  Case name: AEHCC, et al. vs. James Shin, et al.,SDSC 37-2011-00086680-CU-BC-CTL.  Court ruled against the Debtor and other plaintiffs and closed the case. | 6,500,000.00 | 0.00 | | 0.00 | FA |
| 2. Litigation Claim By Debtor Against Desert Valley Financial,<br><br>Global settlement was reached and the Court entered its order approving the settlement on 8/28/14.  Our debtor did not receive any money in th settlement | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. Claim in Bankruptcy Estate of Edward and Helen Ahn 2:13-bk-1 (u)<br><br>I filed a POC in the Ahn case in the amount of $777,874.00.  I sold that claim to Peter Mastan , the Ahn's estate trustee for $30,000. | 777,874.00 | 30,000.00 | | 30,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $7,487,874.00         $30,000.00         $30,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Closing narrative - On November 6, 2015, the Court entered its order converting the case from chapter 11 to chapter 7.  On November 12, 2015, the U.S. Trustee appointed me as the chapter 7 trustee. The initial post-conversion 341(a) hearing was set for December 21, 2015.  Due to the Debtor's non-appearance, the 341(a) hearing has been continued to February 5, 2016, March 1, 2016, March 24, 2016, April 18, 2016, May 25, 2016, and June 28, 2016.  A representative of the Debtor did finally appear and was examined on June 28, 2016, and the 341(a) hearing was concluded.

Based on allegations made by the estate's largest creditor, I filed a proof of claim in In re Edward and Helen Ahn, Bankr. Case No. 2:13-bk-15807-WB ("the Ahn Estate"), in the amount of $777,874.00.  On April 26, 2016, the Court entered its order approving my sale of that claim to Peter Mastan, as chapter 7 trustee of the Ahn Estate, for $30,000.  I have received payment in full.

I employed Menchaca & Company as my accountants to prepare the estate's tax returns.  Final tax returns have been filed.  Claims have been reviewed.  No objections were required.

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-37442 | Trustee Name: David A. Gill (TR), TRUSTEE |
| Case Name: AEHCC, LLC a COLORADO LIMITED COMPANY | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8206 |
| | GENERAL ACCOUNT |
| Taxpayer ID No: XX-XXX5827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/16 | 3 | Peter Mastan - Chapter 7 | SETTLEMENT WITH AHN ESTATE PER ORDER ENTERED 6/2/16 | 1249-000 | $30,000.00 | | $30,000.00 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.52 | $29,978.48 |
| 08/08/16 | 5001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/16 TO 1/4/17, BOND #016030866, PER LBR 2016-2(c) | 2300-000 | | $1.48 | $29,977.00 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.46 | $29,932.54 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.42 | $29,888.12 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.93 | $29,845.19 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.29 | $29,800.90 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.80 | $29,758.10 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.16 | $29,713.94 |
| 01/25/17 | 5002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/17 TO 1/4/18, BOND #016030866, PER LBR 2016-2(c) | 2300-000 | | $14.61 | $29,699.33 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.21 | $29,655.12 |

| | | Page Subtotals: | $30,000.00 | $344.88 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-37442 | Trustee Name: | David A. Gill (TR), TRUSTEE | |
| Case Name: | AEHCC, LLC a COLORADO LIMITED COMPANY | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX8206 | |
| | | | GENERAL ACCOUNT | |
| Taxpayer ID No: | XX-XXX5827 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/17/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.87 | $29,615.25 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.07 | $29,571.18 |
| 05/01/17 | 5003 | FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS: A-345 P.O. BOX 2952 SACRAMENTO, CA  95812-2952 | 2016 FORM 568, FEIN XX-XXX5827, PER ORDER ENTERED 4/8/17 | 2820-000 | | $888.00 | $28,683.18 |
| 05/16/17 | 5004 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | TRUSTEE BOND PREMIUM - BOND #016030866 PER LBR 2016-2(c) | 2300-000 | | $2.49 | $28,680.69 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.58 | $28,638.11 |
| 09/06/17 | 5007 | Peter C. Anderson <B>(Administrative)</B> United States Trustee Office Of The United States Trustee 915 Wilshire Blvd, Suite 1850 Los Angeles, Ca 90017 | First and final distribution to claim #4 representing a payment of 80.08 % Reversal INCORRECT ADDRESS | 2950-000 | | ($261.62) | $28,899.73 |
| 09/06/17 | 5005 | DAVID A. GILL 1900 AVE OF THE STARS, 11TH FL LOS ANGELES, CA  90067 | TRUSTEE'S FEES PER ORDER ENTERED 8/30/17 | 2100-000 | | $3,003.02 | $25,896.71 |
| 09/06/17 | 5006 | DAVID A. GILL 1900 AVE OF THE STARS, 11TH FL LOS ANGELES, CA  90067 | TRUSTEE'S EXPENSES PER ORDER ENTERED 8/30/17 | 2200-000 | | $26.50 | $25,870.21 |

Page Subtotals: $0.00  $3,784.91

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-37442 | Trustee Name: David A. Gill (TR), TRUSTEE |
| Case Name: AEHCC, LLC a COLORADO LIMITED COMPANY | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8206 |
| | GENERAL ACCOUNT |
| Taxpayer ID No: XX-XXX5827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/06/17 | 5007 | Peter C. Anderson <B>(Administrative)</B> United States Trustee Office Of The United States Trustee 915 Wilshire Blvd, Suite 1850 Los Angeles, Ca 90017 | First and final distribution to claim #4 representing a payment of 80.08 % | 2950-000 | | $261.62 | $25,608.59 |
| 09/06/17 | 5008 | Franchise Tax Board Bankruptcy Section Ms A340 Po Box 2952 Sacramento Ca 95812-2952 | First and final distribution to claim #5 representing a payment of 80.08 % | 2990-000 | | $724.33 | $24,884.26 |
| 09/06/17 | 5009 | DANNING GILL DIAMOND & KOLLITZ LLP 1900 AVE OF THE STARS, 11TH FLLOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE'S FEES PER ORDER ENTERED 8/30/17 | 3110-000 | | $22,071.41 | $2,812.85 |
| 09/06/17 | 5010 | DANNING GILL DIAMOND & KOLLITZ LLP 1900 AVE OF THE STARS, 11TH FLLOS ANGELES, CA 90067 | ATTORNEY FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 8/30/17 | 3120-000 | | $559.95 | $2,252.90 |
| 09/06/17 | 5011 | MENCHACA & COMPANY LLP 835 Wilshire Blvd, Suite 300 Los Angeles, CA 90017 | ACCOUNTANT FOR TRUSTEE'S FEES PER ORDER ENTERED 8/30/17 | 3410-000 | | $1,983.59 | $269.31 |
| 09/06/17 | 5012 | MENCHACA & COMPANY LLP 835 Wilshire Blvd, Suite 300 Los Angeles, CA 90017 | ACCOUNTANT FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 8/30/17 | 3420-000 | | $7.69 | $261.62 |
| 09/06/17 | 5013 | UNITED STATES TRUSTEE PAYMENT CENTER P.O. BOX 530202 ATLANTA, GA 30353-0202 | US TRUSTEE FEES PER ORDER ENTERED 8/30/17 | 2950-000 | | $261.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

Page Subtotals:   $0.00   $25,870.21

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8206 - GENERAL ACCOUNT | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |